

# Fourth Court of Appeals
## San Antonio, Texas

March 20, 2015

No. 04-14-00085-CV

Elizabeth **WEYEL**,
Appellant

v.

James **HOPSON**, and American Bank of Texas, NA f/k/a State Bank & Trust of Seguin,
Appellees

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 12-1630-CV
The Honorable William Old, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
                Marialyn Barnard, Justice
                Luz Elena D. Chapa, Justice

      The panel has considered the Appellant's Motion for Rehearing, and the motion is
DENIED.

_____
Marialyn Barnard, Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 20th day of March, 2015.

_____
Keith E. Hottle
Clerk of Court